**Order filed February 16, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00195-CR

_____

### CHRISTOPHER CHAD PRICE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR56842**

### O R D E R

This appeal has been unduly stalled due to the failure of Appellant's retained counsel, Charles Blevins, to file an appellate brief. Appellant's brief was originally due on October 3, 2022. On October 12, 2022, this court sent counsel a notice that his brief was late, and counsel filed a motion for extension of time to file his brief, which this court granted, extending the deadline to November 7, 2022. After that deadline passed, counsel filed another motion for extension, which this court

granted, extending the deadline to December 7, 2022. On December 22, 2022, we again notified counsel that the brief for Appellant was past due. Then on January 18, 2023, this court, on our own motion, directed counsel to either file Appellant's brief on or before 5:00 p.m. on Wednesday, February 8, 2023, or "appear in person" on Thursday, February 9, 2023, at 10:00 a.m. in the courtroom for the Eleventh Court of Appeals in Eastland and "be prepared to explain the inordinate delay in the preparation of Appellant's brief." Despite this court's directive, counsel for Appellant failed to file a brief or appear before the court to explain the reason for his delay.

**Appellant's brief is now due to be filed in this court on or before 5:00 p.m. on Tuesday, March 7, 2023**. If Appellant's brief has not been e-filed and is not in the portal at that time, **Charles Blevins is ORDERED to APPEAR IN PERSON in the 11th Court of Appeals, 100 West Main St., Suite 300, Eastland, Texas, at 10:00 a.m. on Thursday, March 9, 2023**.

**Should counsel fail to obey this order, a contempt proceeding may be initiated against counsel**.

PER CURIAM

February 16, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.